# LITCHFIELD CAVO LLP
Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/2025

**WRITER'S ADDRESS:**
420 Lexington Avenue
Suite 2104
New York, NY 10170
212-792-9772
212-434-0105 (fax)

Brian S. Gitnik
Email: gitnik@litchfieldcavo.com

April 15, 2025

**VIA ECF**
Magistrate Court Judge Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re:   *Beatriz Diaz v. Schindler Elevator Corporation*
      Docket No.:   ~~1:24-cv-02831 (AT)~~
                    1:24-cv-04602 (JLR)

Dear Judge Moses:

Litchfield Cavo, LLP represents defendant Schindler Elevator Corporation ("Schindler") in connection with the above-referenced matter. We are in receipt of the Court's communication from earlier today advising that, due to a conflict, the Court must adjourn the previously scheduled settlement conference from April 29 to May 1. Unfortunately, I am not available on May 1, but I have already conferred with counsel (copied here) and we were hoping the court could adjourn the settlement conference to either May 14 at 2:00 pm or May 20 at 2:00 pm.

The parties appreciate the Court's consideration of this request, and should your Honor have any additional questions that require addressing, we would welcome the opportunity to have a further conference with the Court at any time.

Application GRANTED. The settlement conference scheduled for May 1, 2025, is hereby ADJOURNED to **May 14, 2025, at 2:15 p.m.** The parties must submit their Confidential Settlement Letters and Acknowledgment Forms (see Dkt. 14 ¶¶ 3, 4) no later than **May 7, 2025**. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
April 15, 2025

Respectfully submitted,

LITCHFIELD CAVO LLP

By: *Brian S. Gitnik*
    Brian S. Gitnik

cc: Counsel via ECF

Atlanta | Boston area | Chicago | Dallas-Fort Worth | Fort Lauderdale | Hartford area | Houston | Indiana
Kansas City | Las Vegas | Los Angeles area | Louisiana | Milwaukee | New Jersey | New York | Philadelphia
Phoenix | Pittsburgh | Providence | Salt Lake City | St. Louis | Tampa | West Virginia

www.litchfieldcavo.com