```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEATRIZ DIAZ,

        Plaintiff,

   -against-

SCHINDLER ELEVATOR CORPORATION,

        Defendant.

24-cv-4602 (JLR)

**SCHEDULING ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received defendant's letter-motion requesting an adjournment of the settlement conference currently scheduled for May 14, 2025 at 2:15 p.m. Defendant's application is GRANTED to the extent that the Court will ADJOURN the May 14, 2025 settlement conference to **May 28, 2025 at 2:15 p.m.** in Courtroom 20A, 500 Pearl Street, New York, New York 10007. No later than **May 21, 2025**, the parties must submit updated confidential settlement letters. *See* Dkt. 14 ¶ 3. The parties are reminded of the Court's requirement that they conduct at least one good-faith settlement discussion, in person or by telephone, and that each party convey to the opposing party at least one good-faith settlement demand or offer, in advance of the deadline for submitting their confidential settlement letters. *Id*. ¶ 2.

Dated: New York, New York
      May 9, 2025

                              **SO ORDERED**.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**